No. 57980.—F. W. Myers & Co., Inc. v. United States, protests 144226–K, etc. (Detroit).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of C. J. Tower & Sons v. United States (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

No. 57981.—F. W. Myers & Co., Inc. v. United States, protests 147739–K, etc. (Detroit).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that certain items of the merchandise are similar in all materal respects to the Western white spruce lumber the subject of C. J. Tower & Sons v. United States (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

No. 57982.—F. W. Myers & Co., Inc., et al. v. United States, protests 151528–K, etc. (Detroit).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of C. J. Tower & Sons v. United States (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiffs was sustained as to said items.

BEFORE THE SECOND DIVISION, APRIL 8, 1954

No. 57983.—Commercial Steel, Inc., and Edward S. Zerwekh Co. v. United States, protest 184076–K (Los Angeles).

FORD, Judge:   The merchandise involved in this case was invoiced as "6″ x 6′″ Mesh of No. 10 ASWG wires.   612 rolls 200′ x 7′ 856,800 square feet" and "6′″ x 6″ Mesh of No. 6 ASWG wires.   34 rolls 200′ x 7′ 47,600 square feet."   The collector of customs classified this merchandise as manufactures of metal, not specially provided for, under the provisions of paragraph 397 of the Tariff Act of 1930, as modified by the General Agreement on Tariffs and Trade, 82 Treas. Dec. 305, T. D. 51802, and levied duty thereon at the rate of 22½ percent ad valorem.

Plaintiffs claim said merchandise to be properly dutiable at only 10 percent ad valorem under paragraph 312 of the Tariff Act of 1930, as modified by the General Agreement on Tariffs and Trade, supra, as structural shapes of steel, machined, drilled, punched, assembled, fitted, fabricated for use, or otherwise advanced beyond hammering, rolling, or casting.   By amendment, the merchandise is also claimed to be dutiable at only ⅛ cent per pound under the same paragraph, as modified, as structural shapes of steel, not assembled, manufactured or advanced beyond hammering, rolling, or casting.